```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 15487
   DEBRA C HILL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-5900


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/17/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    10300.00           .00            .00
1ST FRANKLIN MORTGAGE     CURRENT MORTG         .00           .00            .00
1ST FRANKLIN MORTGAGE     MORTGAGE ARRE     2000.00           .00            .00
US EMPLOYEES CREDIT UNIO  SECURED               .00           .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
AFFINITY CASH LOANS       UNSECURED         4577.55           .00            .00
CHASE CARDMEMBER SERVICE  UNSECURED        NOT FILED          .00            .00
CHECK N GO                UNSECURED        NOT FILED          .00            .00
TRAVELERS INSURANCE CO    UNSECURED        NOT FILED          .00            .00
CHASE                     UNSECURED        NOT FILED          .00            .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY      NOT FILED          .00            .00
JOHNSON BLUMBERG & ASSOC  NOTICE ONLY      NOT FILED          .00            .00
TRINITY HOSPITAL          UNSECURED        NOT FILED          .00            .00
PLS FINANCIAL             UNSECURED        NOT FILED          .00            .00
AMERICA SERVICING COMPAN  NOTICE ONLY      NOT FILED          .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT        6.33           .00           6.33
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,500.00                      1,368.15
TOM VAUGHN                TRUSTEE                                           119.52
DEBTOR REFUND             REFUND                                            747.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,241.00

PRIORITY                                             6.33
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,368.15
TRUSTEE COMPENSATION                               119.52
DEBTOR REFUND                                      747.00
                        ---------------      ---------------
TOTALS                  2,241.00                 2,241.00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15487 DEBRA C HILL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |